UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KERRY BOULTON, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>US TAX LIEN ASSOCIATION, LLC; SEAN HIGGINS; STEVE CLEMETS,<br><br>    Defendants. | No. 2:15-cv-02384-MCE-AC<br><br>**ORDER** |

Presently before the Court is Plaintiffs' Motion under Federal Rule of Civil Procedure 15(a) for leave to file a Third Amended Complaint ("TAC") to add claims of negligence and breach of fiduciary duties. ECF No. 33. Rule 15(a) provides that "leave [to amend] shall be freely given when justice so requires." Fed. R. Civ. P. 15(a). The policy of favoring amendments to pleadings, as evinced by Rule 15(a), "should be applied with extreme liberality." United States v. Webb, 655 F.2d 977, 979 (9th Cir. 1981). Given that liberal standard, and in view of Defendants' non-opposition to Plaintiff's request, the Motion to Amend is hereby GRANTED.

IT IS SO ORDERED.

Dated: December 4, 2017

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

1