UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| KERRY BOULTON, et al., | No. 2:15-cv-2384 MCE AC |
|---|---|
| Plaintiffs, | |
| v. | **AMENDED ORDER** |
| U.S. TAX LIEN ASSOCIATION, LLC, et al., | |
| Defendants. | |

    Plaintiff, proceeding pro se, filed the above-entitled action. The matter was referred to a United States Magistrate Judge pursuant to Local Rule 302(c)(21).

    On November 27, 2018, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty-one days. ECF No. 74. Neither party has filed objections to the findings and recommendations.

///

///

///

///

///

1

The Court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed November 27, 2018 (ECF No. 74), are ADOPTED in full;

2. Defendants' motion for terminating sanctions (ECF No. 66) are GRANTED;

3. Judgment is entered against Brian S. Carter, Esq., in favor of US Tax Lien Association, LLC and Saen Higgins in the total amount of $ 21,767.50, as follows:

    a. A sanctions award in the amount of $7,450.00 as ordered in the August 10, 2018 Order (ECF No. 55);

    b. A sanctions award in the amount of $10,380.00 as ordered in the October 15, 2018 Order (ECF No. 71); and

    c. A sanctions award in the amount of $3,937.50 as ordered in the November 27, 2018 Order (ECF No. 74).

4. This case is DISMISSED with prejudice; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: February 20, 2019

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE