JENNA F. KARADBIL (SBN 213574)
*jenna@jfk-lawyer.com*
**LAW OFFICE OF JENNA F. KARADBIL**
40 Worth Street, 10th Floor
New York, NY 10013
Phone:  646-535-3252
Fax:      866-289-5775

TERI T. PHAM (SBN 193383)
*tpham@enensteinlaw.com*
**ENENSTEIN PHAM & GLASS**
650 Town Center Drive, Suite 840
Costa Mesa, CA 92626
Phone:  714-292-0262
Fax:      714-464-4770

Attorneys for Defendants US Tax Lien Association, LLC and Saen Higgins

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KERRY BOULTON**, an individual; **ANE MARIE LACY**, an individual; **WILLIAM GAMBA**, an individual; **LUCA ANGELUCCI**, an individual; and **JEREMY ANDREWS**, an individual,<br><br>  Plaintiffs,<br><br>  vs.<br><br>**US TAX LIEN ASSOCIATION, LLC,** a Nevada Limited Liability Company; **SAEN HIGGINS,** an individual; and **STEVE CLEMENTS,** an individual,<br><br>  Defendants.<br><br>**US TAX LIEN ASSOCIATION, LLC,** a Nevada Limited Liability Company**; SAEN HIGGINS,** an individual**,**<br><br>  Third-Party Plaintiffs**,**<br><br>  **vs.**<br><br>**AMERICAN TRANSFER SERVICES, INC.,** a Delaware corporation**,** and **REUBEN SANCHEZ,** an individual**.**<br><br>  Third-Party Defendants. | Case Number: 2:15-cv-02384-MCE-AC<br><br>*[Assigned for all purposes to Hon. Morrison C. England, Jr.]*<br><br>*Magistrate Judge Allison Claire, Courtroom 26, 8th Floor*<br><br>**[PROPOSED] ORDER FOR EXAMINATION OF JUDGMENT DEBTOR BRIAN S. CARTER** |

**TO ALL PARTIES HEREIN AND TO THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that judgment debtor Brian S. Carter is ordered to appear for an examination on October 14, 2020 at 10:00 a.m., located at the United States District Court for the Eastern District of California, Robert T. Matsui United States Courthouse, 501 I Street, Courtroom 26, 8th Floor, Sacramento, CA 95814, before a certified shorthand reporter. The examination shall continue from day to day, Sundays and holidays excepted, at the same time and location, until completed or unless the parties agree on other mutually convenient dates.

**NOTICE TO JUDGMENT DEBTOR**: If you fail to appear at the time and place specified in this order, you may be subject to arrest and punishment for contempt of Court and the Court may make an order requiring you to pay the reasonable attorney's fees incurred by the judgment creditor in this proceeding.

Service of this order creates a lien on the personal property of the judgment debtor identified herein for a period of one year from the date of this order, unless extended or sooner terminated by the Court.

**IT IS SO ORDERED**.

Dated: August 6, 2020

_____
ALLISON CLAIRE
UNITED STATES MAGISTRATE JUDGE

ORDER FOR EXAMINATION OF JUDGMENT DEBTOR BRIAN S. CARTER